# EXHIBIT A

# Laurie Ann Young



**Diamond Dolls Inc**
Like This Page · September 25, 2014 ·

Like    Comment    Share

1

**David Engler** inonecent really I like that
October 1, 2014 at 6:58am · Like



**David Engler** bad girls r the best
October 1, 2014 at 7:00am · Like

Write a comment...

6/6/2016

(5) Diamond Dolls Inc added a new photo. - Diamond Dolls Inc

https://www.facebook.com/DiamondDollsSyr/photos/pb.1199602780020759.-2207520000.1465222622./935431506473628/?type=3&theater

1/1

# EXHIBIT B

6/6/2016

# Jaclyn Swedberg



(5) Diamond Dolls Inc added a new photo. - Diamond Dolls Inc

**Diamond Dolls Inc**
Like This Page · September 25, 2014 ·

Like    Comment    Share

1



**David Engler** do u realy work at diamond dolls in syr ny
October 1, 2014 at 6:52am · Like

Write a comment...

https://www.facebook.com/DiamondDollsSyr/photos/pb.1199602780020759.-2207520000.1465222622./935431513140294/?type=3&theater

1/1

# EXHIBIT C

6/6/2016

(5) Diamond Dolls Inc added a new photo. - Diamond Dolls Inc

https://www.facebook.com/DiamondDollsSyr/photos/pb.1199602780020759.-2207520000.1465222617./967483779935067/?type=3&theater

1/1



**Diamond Dolls Inc**
Like This Page · November 15, 2014 ·

# Tiffany Toth



Like     Comment     Share

1

**David Engler** u r baning hot
November 16, 2014 at 1:17pm · Like

**David Engler** gergorgus
See Translation
December 27, 2014 at 7:13am · Like

Write a comment...

# EXHIBIT D

# Mariana Davalos





**Diamond Dolls Inc**
Like This Page · November 15, 2014 ·

Like   Comment   Share

3

**David Engler** very sexy
Like · Reply · December 3, 2014 at 2:46pm

Write a comment...

# EXHIBIT E

# Alana Campos





**Diamond Dolls Inc**
Like This Page · September 25, 2014 ·

Like   Comment   Share

2

Write a comment...